UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>    Plaintiff,<br><br>   v.<br><br>J. BAL, et al.,<br><br>    Defendants. | No. 2:13-cv-2145-MCE-EFB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 14, 2018, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 16. Plaintiff has not filed objections to the findings and recommendations. He has however, requested a copy of his October 16, 2013 Complaint because he no longer has a copy. ECF No. 18.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed March 14, 2018 (ECF No. 16), are ADOPTED IN FULL;
2. Plaintiff's motion for relief from judgment (ECF No. 15) is GRANTED and the May 20, 2014 Order (ECF No. 6) and Judgment (ECF No. 7) are VACATED and the Clerk is directed to reopen the case;
3. Plaintiff's motion to proceed in forma pauperis (ECF No. 3) is GRANTED;
4. Plaintiff shall pay the statutory filing fee of $350. All payments shall be collected in accordance with the notice to the California Department of Corrections and Rehabilitation to be promptly issued by the magistrate judge; and
5. As a one-time courtesy, Plaintiff's request for a copy of his October 16, 2013 Complaint (ECF No. 18) is GRANTED. The Clerk shall send plaintiff a copy of the complaint.

IT IS SO ORDERED.

Dated: April 25, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE