UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. BAL, et al.,<br><br>　　　　Defendants. | No.  2:13-cv-2145-MCE-EFB P<br><br><br>ORDER |

　　　　Plaintiff proceeds without counsel in an action brought under 42 U.S.C. § 1983.  He requests another extension of time to file his amended complaint in accordance with the court's November 27, 2019 order.

　　　　In light of the limitations currently presented by COVID-19, plaintiff's request (ECF No. 47) is granted to the extent that plaintiff has a final extension of 30 days from the date this order is served to file his amended complaint.  Plaintiff has had ample time to comply with the November 27, 2019 order.  Failure to comply with this order will result in a recommendation of dismissal.

　　　　So ordered.

Dated:  June 18, 2020.

　　　　　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE