IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BAL, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:13-cv-02145-MCE-JDP (PC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RETURN SERVICE WAIVERS<br><br>ECF No. 55 |

This matter having come before the Court on Office of Attorney General's request to extend the time to return service waivers, and good cause appearing, the motion is granted. ECF No. 55.

Service waivers shall be returned on or before December 9, 2020.

IT IS SO ORDERED.

Dated:    December 4, 2020                              _____
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE