UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>        Plaintiff,<br><br>   v.<br><br>BAL, *et al.*,<br><br>        Defendants. | Case No. 2:13-cv-02145-MCE-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTIONS FOR EXTENSIONS OF TIME<br><br>ECF No. 60, 61 |

    Defendants have filed motions for extensions of time to respond to plaintiff's second amended complaint and his pending motion for a preliminary injunction. ECF Nos. 60, 61. Good cause appearing, defendants' motions are granted. By no later than January 29, 2021, defendants shall file a response to plaintiff's second amended complaint and an opposition or statement of non-opposition to plaintiff's motion for a preliminary injunction.

IT IS SO ORDERED.

Dated:   January 19, 2021                      /s/ Jeremy Peterson
                                                       JEREMY D. PETERSON
                                                       UNITED STATES MAGISTRATE JUDGE