1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   MARVIN GLENN HOLLIS,                    Case No. 2:13-cv-02145-MCE-JDP (PC)

11                  Plaintiff,               ORDER GRANTING DEFENDANTS'
                                             MOTIONS FOR AN EXTENSION OF TIME
12           v.
                                             ECF No. 67, 69
13   J. BAL, *et al.*,

14                  Defendants.

15

16

17          Defendants have filed motions for a second extension of time to respond to plaintiff's

18   second amended complaint.  ECF Nos. 67, 69.

19          Good cause appearing, it is hereby ORDERED that:

20          1.  Defendants' motions for an extension of time, ECF Nos. 67 and 69, are granted; and

21          2.  Defendants shall respond to plaintiff's second amended complaint by no later than

22   February 26, 2021.

23
     IT IS SO ORDERED.
24

25   Dated:    February 10, 2021
26                                           JEREMY D. PETERSON
                                             UNITED STATES MAGISTRATE JUDGE
27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28