UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>          Plaintiff,<br><br>   v.<br><br>J. BAL, *et al.*,<br><br>          Defendants. | Case No. 2:13-cv-02145-MCE-JDP (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 83 |

Plaintiff has filed a motion for a thirty-day extension of time to file objections to the August 20, 2021 findings and recommendations. Good cause appearing, it is hereby ORDERED that:

    1. Plaintiff's motion for an extension of time, ECF No. 83, is granted in part.

    2. Plaintiff is granted until September 24, 2021 to file any objections.

    3. No further extensions of time will be granted.

IT IS SO ORDERED.

Dated:   September 7, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28