UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>Plaintiff,<br><br>v.<br><br>J. BAL, et al.,<br><br>Defendants. | No. 2:13-cv-02145-MCE-JDP (PC)<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 20, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen (14) days.  ECF No. 82. Plaintiff was granted an extension of time and given until September 24, 2021 to file any objections.  ECF No. 84.  To date, neither party has filed objections to the findings and recommendations.

///

///

///

1

1       The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

      1.  The findings and recommendations filed August 20, 2021, ECF No. 82, are ADOPTED in full;

      2.  Plaintiff's motion to for default judgment, ECF No. 62, is DENIED; and

      3.  Plaintiff's motion for preliminary injunction and temporary restraining order, ECF No. 58, is DENIED.

      IT IS SO ORDERED.

Dated:  September 30, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE