UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MARVIN GLENN HOLLIS, | Case No. 2:13-cv-02145-MCE-JDP (PC) |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTIONS FOR AN EXTENSION OF TIME AND DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER AND DENYING AS MOOT DEFENDANTS' MOTION TO COMPEL |
| v. | |
| J. BAL, *et al.*, | |
| Defendants. | |
| | ECF Nos. 87, 91, 94, & 96 |

Plaintiff filed a motion asking for either an extension of time to serve responses to defendants' discovery requests or a temporarily stay of this case. ECF No. 87. Defendants subsequently filed (1) a motion to compel plaintiff to provide responses to their interrogatories and requests for production of documents and (2) a separate motion to modify the scheduling order. ECF Nos. 91 & 94. Plaintiff has filed an opposition to defendants' motion to compel and a second motion for an extension of time to serve responses to defendants' discovery requests. ECF Nos. 95 & 96.

I will grant plaintiff's motions for an extension to serve responses to defendants' interrogatories and requests for production.[1] I will also grant defendants' motion to modify the scheduling order to allow the parties additional time to complete discovery.

---

[1] Since plaintiff is granted additional time to provide discovery response, defendants' motion to compel those response, ECF No. 91, is denied as moot.

Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motions for an extension of time, ECF Nos. 87 & 96, are granted.

2. Plaintiff shall serve response to defendants' interrogatories and requests for production within thirty days of the date of this order.

3. Defendants' motion to modify the scheduling order, ECF No. 94, is granted, and the October 4, 2021 scheduling order is modified as follows:

    a. the deadline for completion of all discovery, including filing all motions to compel discovery, is extended to June 9, 2022;

    b. the deadline to file dispositive motions is extended to September 7, 2022.

4. Defendants' motion to compel, ECF No. 91, is denied as moot.

IT IS SO ORDERED.

Dated:   March 9, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2