UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,

    v.

J. BAL, et al.,

    Defendants.

No. 2:13-cv-02145-MCE-JDP (PC)

<u>ORDER</u>

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 27, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections thereto were to be filed within fourteen (14) days. ECF No. 101. Plaintiff has filed objections to the findings and recommendations. ECF No. 103.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 27, 2022, ECF No. 101, are ADOPTED in full; and

2. Plaintiff's motion for injunctive relief, ECF No. 87, is DENIED.

IT IS SO ORDERED.

Dated:  August 4, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE