# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. BAL, *et al.*,<br><br>　　　　Defendants. | Case No.  2:13-cv-02145-MCE-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S AND DEFENDANTS' MOTIONS TO MODIFY THE SCHEDULING ORDER<br><br>ECF Nos. 130 & 131 |

　　　　Both plaintiff and defendants move to modify the October 4, 2021 scheduling order for the purpose of completing discovery. ECF Nos. 130 & 131. Good cause appearing, these motions are granted.

　　　　Accordingly, it is hereby ORDERED that:

　　　　1. Plaintiff's motion to modify the scheduling order, ECF No. 130, and defendants' motion to modify the scheduling order, ECF No. 131, are granted.

　　　　2. The deadline for completing discovery, including filing all motions to compel discovery, is extended to March 17, 2023.

　　　　3. The deadline for filing dispositive motions is extended to May 17, 2023.

IT IS SO ORDERED.

Dated:    January 6, 2023

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE