1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   MARVIN GLENN HOLLIS,                    No.  2:13-cv-02145-MCE-JDP (PC)

12                 Plaintiff,

13        v.                                 **ORDER**

14   J. BAL, et al.,

15                 Defendants.

16

17        On August 1, 2023, the assigned magistrate judge denied without prejudice

18   Plaintiff Marvin Glenn Hollis's ("Plaintiff") Motion to Appoint Counsel and Request for

19   Appointment of a Guardian Ad Litem.  See ECF Nos. 185, 188.  Plaintiff subsequently

20   filed Objections to the magistrate judge's order pursuant to Federal Rule of Civil

21   Procedure 60(b)[1] on August 7, 2023.  ECF No. 191.  On the same day, Plaintiff filed a

22   renewed Motion for Appointment of a Guadian Ad Litem and Counsel, which the

23   magistrate judge also denied without prejudice.  See ECF Nos. 192, 195.  On August 24,

24   2023, Plaintiff again filed Objections to the magistrate judge's order.  See ECF Nos. 197,

25   199.  Because Plaintiff objects to nondispositive rulings, the Court construes Plaintiff's

26   Objections as motions for reconsideration pursuant to Rule 72(a).  See E.D. Local Rule

27   303(c).

28        _____
          [1] All further references to "Rule" or "Rules" are to the Federal Rules of Civil Procedure.

                                             1

1    Rule 72(a) deals with nondispositive matters and provides the following:

2          When a pretrial matter not dispositive of a party's claim or
          defense is referred to a magistrate judge to hear and decide,
3          the magistrate judge must promptly conduct the required
          proceedings and, when appropriate, issue a written order
4          stating the decision.  A party may serve and file objections to
          the order within 14 days after being served with a copy.  A
5          party may not assign as error a defect in the order not timely
          objected to.  The district judge in the case must consider
6          timely objections and modify or set aside any part of the order
          that is clearly erroneous or is contrary to law.

7

8    "A magistrate judge's factual findings are 'clearly erroneous' when the district court is left

9    with the definite and firm conviction that a mistake has been committed."  Miller v.

10   Akanno, No. 1:12-cv-01013-LJO-SKO (PC), 2015 WL 224811, at *1 (E.D. Cal. Jan. 15,

11   2015).  "An order is contrary to law when it fails to apply or misapplies relevant statutes,

12   case law, or rules of procedure."  Id. (collecting cases).

13      After reviewing Plaintiff's Motions, the magistrate judge's orders, and Plaintiff's

14   Objections, the Court finds that the magistrate judge's orders are neither clearly

15   erroneous nor contrary to law.  Accordingly, Plaintiff's Objections (ECF Nos. 191, 197,

16   199) are each DENIED.

17      IT IS SO ORDERED.

18   Dated:  August 29, 2023

19

20   MORRISON C. ENGLAND, JR.
     SENIOR UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

2