UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>        Plaintiff,<br><br>    v.<br><br>J. BAL, *et al.*,<br><br>        Defendants. | Case No. 2:13-cv-02145-MCE-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 209<br><br>RESPONSE DUE JANUARY 2, 2024 |

    Defendants filed a renewed motion for terminating sanctions, and when plaintiff did not file an opposition or statement of non-opposition within twenty-one days, I ordered him to show cause why this action should not be dismissed for failure to prosecute and to comply with court orders. ECF No. 208. Plaintiff now seeks additional time to file a response to the court's order to show cause. ECF No. 209. Plaintiff states that he did mail his opposition, although the docket indicates that the court never received it. *Id.* at 2. I will grant plaintiff until January 2, 2024, to file both his response to the order to show cause and either an opposition or statement of non-opposition to defendants' motion for terminating sanctions.

    Accordingly, it is hereby ORDERED that:

    1. Plaintiff's motion for an extension of time, ECF No. 209, is granted.

    2. Plaintiff shall file by January 2, 2024, both his response to the court's order to show

1

cause and either an opposition or statement of non-opposition to defendants' motion for terminating sanctions.

IT IS SO ORDERED.

Dated: December 18, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE