1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARVIN GLENN HOLLIS,                    Case No.  2:13-cv-02145-MCE-JDP (PC)

12                 Plaintiff,                **ORDER**

13        v.                                 GRANTING PLAINTIFF'S MOTION FOR
                                             AN EXTENSION OF TIME TO FILE
14   J. BAL, *et al.*,                       OBJECTIONS

15                 Defendants.               ECF No. 222

16                                           OBJECTIONS DUE WITHIN AUGUST 30,
                                             2024
17

18

19        Plaintiff has filed a motion for an extension of time to file objections to the July 17, 2024

20   findings and recommendations.  ECF No. 220.  Good cause appearing, it is hereby ORDERED

21   that:

22        1.  Plaintiff's motion for an extension of time, ECF No. 222, is granted.

23        2.  Plaintiff is granted until August 30, 2024, to file objections to the July 17, 2024

24   findings and recommendations.

25        3.  Absent extraordinary circumstances, no further extensions will be granted.

26

27

28

1

2     IT IS SO ORDERED.

3

4     Dated:   August 9, 2024

                                 JEREMY D. PETERSON

5                                      UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28