1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARVIN GLENN HOLLIS,                    Case No.  2:13-cv-02145-MCE-JDP (PC)

12                    Plaintiff,              **ORDER**

13           v.                               GRANTING DEFENDANTS' REQUEST FOR
                                              CLARIFICATION
14    J. BAL, *et al.*,
                                              ECF No. 224
15                    Defendants.

16

17
             On July 17, 2024, I entered findings and recommendations that granted defendants'
18
      request for terminating sanctions but allowed plaintiff a final opportunity to comply with his
19
      discovery obligations within thirty days.  ECF No. 220 at 5.  Defendants were to file a status
20
      report indicating whether the outstanding discovery had been turned over before the objections
21
      period ended.  *Id.*  On August 9, 2024, plaintiff filed a motion for extension of time to object to
22
      the findings and recommendations, ECF No. 222, which I granted, ECF No. 223.  His objections
23
      are due on August 30, 2024.  *Id.*  Defendants have now filed a motion for clarification asking, in
24
      light of the extension, for the court to clarify the appropriate deadlines for: objections, plaintiff's
25
      outstanding discovery responses, and defendants' status report to the court.  ECF No. 224.  That
26
      request is granted.  Plaintiff's objections are due, as stated in the previous order, on August 30,
27
      2024.  He shall have until that same day to comply with his outstanding discovery.  He may both
28

                                              1

file his objections and serve his discovery if he wishes.  The deadlines fall on the same day, but one course of action is not necessarily contingent upon the other.  And, given that plaintiff himself requested only a twenty-day extension, I find it unnecessary to recalculate the objections in any other way.  Defendants' status report shall be due no later September 6, 2024.  That status report need only describe whether plaintiff has complied with his discovery obligations.  If the compliance has been partial, it should state what items remain outstanding.  Defendants' own objections, if any, shall also be due on August 30, 2024, and their response to plaintiff's objections, if any, shall be due fourteen days after service of any such objections, as specified by the local rules.  *See* Local Rule 304(d).

Accordingly, it is ORDERED that:

1.  Defendants' request for clarification, ECF No. 224, is GRANTED.

2.  All objections and plaintiff's outstanding discovery are due August 30, 2024. Defendants' status report is due September 6, 2024.  Their response, if any, to objections are due fourteen days after service of any such objections.

3.  Absent extraordinary circumstances, no further extensions will be granted.

4.  Failure to comply with the deadlines outlined in this order will be considered a failure to comply with a court order and will result in a recommendation that this action either be dismissed or default entered.

IT IS SO ORDERED.

Dated:  ___August 13, 2024___                    _____
                                                 JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE