UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>Plaintiff,<br><br>v.<br><br>J. BAL, et al.,<br><br>Defendants. | Case No. 2:13-cv-02145-MCE-JDP (PC)<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 17, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations. ECF No. 227.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 17, 2024, (ECF No. 220) are ADOPTED in full;

2. Defendants' renewed motion for terminating sanctions, ECF No. 206, are GRANTED and this action is DISMISSED as sanction for plaintiff's failure to comply with his discovery obligations; and

3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

DATED: September 30, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE